THE STATE v. CARTER, *Appellant*.

Division Two, February 16, 1897.

Appeals: CRIMINAL LAW: RECORD: NO BILL OF EXCEPTIONS. When no bill of exceptions is filed and no error appears in the record proper, the judgment will be affirmed on appeal.

*Appeal from St. Louis Criminal Court.*—HON. THOS. B. HARVEY, Judge.

AFFIRMED.

No attorney for appellant.

*E. C. Crow*, attorney-general, for the state.

SHERWOOD, J.—Charged with murder in the first degree, the trial resulted in a conviction for murder in the second degree, punishment being assessed at fifteen years in the penitentiary, which was commuted by the court to fourteen years.

There is no bill of exceptions, no error in the record proper, and so judgment is affirmed. All concur.